UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MK MAINTENANCE, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00322-TL<br><br>ORDER TO SHOW CAUSE |

    This matter is before the Court *sua sponte*. On March 11, 2024, Plaintiff Northwest Administrators, Inc., commenced this action against Defendant MK Maintenance LLC under the Employee Retirement Security Act of 1974. Dkt. No. 1. To date, Plaintiff has provided no proof of service on Defendant.

    Under Federal Rule of Civil Procedure 4(m), if a defendant is not properly served within 90 days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service

be made within a specified time." Proof of proper service was due by no later than June 10, 2024.

Accordingly, Plaintiff is ORDERED to file proof of service or waiver, or to show cause why this matter should not be dismissed for failure to serve, by **August 15, 2024**.

Dated this 1st day of August 2024.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2